IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY L. KORTH,
    Plaintiff

vs.                      CIVIL NO. 1:CV-15-2422

JILL HOOVER, individually and in her   (Judge Caldwell)
official capacity; JOSEPH R. BAKER,
individually and in his official capacity;
and OLIVER TOWNSHIP,
    Defendants

## *O R D E R*

AND NOW, this 20th day of June, 2017, it is ordered that:

  1. Defendants' motion (Doc. 33) for a protective order and/or order clarifying remaining claims, treated as a motion for judgment on the pleadings, is granted.

  2. Judgment is entered against Plaintiff and in favor of the defendants on Count 4 of the second amended complaint.

  3. Defendants Oliver Township and Joseph Baker are dismissed from this action.

                                  /s/William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge