IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY L. KORTH, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-15-2422 |
| | : | |
| JILL HOOVER, individually and in her | : | (Judge Caldwell) |
| official capacity; JOSEPH R. BAKER, | : | |
| individually and in his  official capacity; | : | |
| and OLIVER TOWNSHIP, | : | |
| Defendants | : | |
| | : | |
| | : | |
| | : | |

## *O R D E R*

AND NOW, this 16th day of October, 2017, it is ordered that:

   1.  The motion (Doc. 48) of defendant Jill Hoover for summary judgment is granted.

   2.  The Clerk of Court shall enter judgment in favor of defendant Hoover and against Plaintiff on Count 1, the excessive force claim, and Count 5, the state-law claim for assault and battery.

   3.  The Clerk of Court shall close this file.


                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge